■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMMELL GOODE, Appellant. [13 NYS3d 844]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed April 1, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman and Maltese, JJ., concur.